IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17CR380 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL MANSOUR YAZDABADI, | |
| Defendant. | |

The defendant, Michael Mansour Yazdabadi, has moved to continue the trial (filing no. 21). The motion to continue is unopposed by counsel for the Government. Based on the showing set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant Michael Mansour Yazdabadi's unopposed motion to continue trial (filing no. 21) is granted.

2) The trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom of the United States Courthouse, Omaha, Nebraska, at 9:00 a.m. on August 6, 2018, or as soon thereafter as the case may be called for three days. Jury selection will be held at commencement of trial.

3) The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

April 20, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge