IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-380 |
| vs. | ORDER |
| MICHAEL MANSOUR YAZDABADI, | |
| Defendant. | |

This matter is before the Court on the plaintiff's motion to dismiss (filing 37). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment.

IT IS ORDERED:

1. The plaintiff's motion to dismiss (filing 37) is granted.

2. The indictment is dismissed.

Dated this 9th day of November, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge